**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CENTRAL OKLAHOMA PIPELINE,**                                **PLAINTIFF**
**INC., d/b/a CENOK PIPELINE, INC.**

v.                    **CASE NO. 4:09CV0304 BSM**

**HAWK FIELD SERVICES, LLC,**
**PETROHAWK OPERATING, INC.,**
a wholly owned subsidiary of
**PETROHAWK ENERGY CORPORATION,**
**PETROHAWK OPERATING COMPANY,**
**PETROHAWK OPERATING COMPANY,**
**LLC, and CRAFTON, TULL, SPARKS,**
**& ASSOCIATES, INC.**                                            **DEFENDANTS**

## ORDER

Pending before the court is the plaintiff's motion for remand [Doc. No. 18] and the defendants' response. After careful review, the court adopts Judge Wright's well reasoned July 30, 2009 order in *Central Oklahoma Pipeline, Inc. v. Hawk Field Services, LLC*, 4:09CV00305 SWW, and grants the plaintiff's motion to remand. The case is hereby remanded, pursuant to 28 U.S.C. § 1447(c), to the Conway County, Arkansas, Circuit Court and all remaining motions are denied as moot.

IT IS SO ORDERED this 12th day of August, 2009.

                                                   /s/ Brian S. Miller
                                                   UNITED STATES DISTRICT JUDGE